```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania

In re:                                              Case No. 20-01846-RNO
Christopher Dean Reid, Sr.                          Chapter 13
        Debtor              CERTIFICATE OF NOTICE
```

District/off: 0314-4          User: AutoDocke        Page 1 of 2         Date Rcvd: Aug 04, 2020
                              Form ID: ntcnfhrg      Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.

```
db              +Christopher Dean Reid, Sr.,   137 Reagan St,   Sunbury, PA 17801-1331
5336277         +Brandy Spaid-Reid,   137 Reagan St,   Sunbury, PA 17801-1331
5336281         +Cent Key Fcu,   1000 Market St,   Sunbury, PA 17801-2403
5336284         +Enerbank Usa,   1245 E Brickyard Road,   Suite 600,   Salt Lake City, UT 84106-2562
5336285         +Geisinger,   100 North Academy Ave,   Danville, PA 17822-0001
5336287         +Independence Bank,   1370 South County Trail East,   East Greenwich, RI 02818-1625
5336288         +Jim Carr,   1550 Queen Street,   Northumberland, PA 17857-9410
5336289         +Lending Club Corp,   595 Market Street,   San Francisco, CA 94105-2807
5336291         +M & T Bank Mortgage,   Po Box 900,   Millsboro, DE 19966-0900
5344307         +M&T Bank,   PO Box 1508,   Buffalo, NY 14240-1508
5342356         +Midland Credit Management, Inc.,   PO Box 2037,   Warren, MI 48090-2037
5338205         +Nelnet on behalf of ASA,   American Student Assistance,   PO Box 16129,
                 St. Paul, MN 55116-0129
5336295          Northumberland Emergency Group, P.C,   200 Corporate Blvd.,   Lafayette, LA 70508-3870
5336297          Scheer, Green, & Burke Co. L.P.A.,   PO Box 1312,   Toledo, OH 43603-1312
5336301         +Three Brothers Trucking,   135 Reagan Street,   Sunbury, PA 17801-1331
5336300         +Three Brothers Trucking,   137 Reagan St,   Sunbury, PA 17801-1331
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2020 20:34:44
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5336276         +E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2020 20:29:22     Ally Financial,
                 P.o. Box 380901,   Bloomington, MN 55438-0901
5338271          E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2020 20:29:22     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
5338999          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 04 2020 20:34:41
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
5336278         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 04 2020 20:34:41
                 Capital One Bank Usa N,   Po Box 30281,   Salt Lake City, UT 84130-0281
5336282         +E-mail/Text: nailda@centralcreditaudit.com Aug 04 2020 20:30:51     Central Credit Audit,
                 100 N Third St,   Sunbury, PA 17801-2367
5336283         +E-mail/PDF: creditonebknotifications@resurgent.com Aug 04 2020 20:34:01     Credit One Bank Na,
                 Po Box 98872,   Las Vegas, NV 89193-8872
5337184          E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2020 20:35:33     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5336290          E-mail/Text: camanagement@mtb.com Aug 04 2020 20:29:40     M & T Bank,   Po Box 900,
                 Millsboro, DE 19966
5344367          E-mail/Text: camanagement@mtb.com Aug 04 2020 20:29:40     M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
5336292          E-mail/Text: rcpsbankruptcynotices@parallon.com Aug 04 2020 20:30:48     Medicredit, Inc,
                 PO Box 1629,   Maryland Heights, MO 63043-0629
5336293         +E-mail/Text: electronicbkydocs@nelnet.net Aug 04 2020 20:30:21     Nelnet Lns,   Po Box 82561,
                 Lincoln, NE 68501-2561
5337176          E-mail/PDF: cbp@onemainfinancial.com Aug 04 2020 20:34:32     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5336296         +E-mail/PDF: cbp@onemainfinancial.com Aug 04 2020 20:34:31     Onemain,   Po Box 1010,
                 Evansville, IN 47706-1010
5336299         +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2020 20:34:36     SYNCB/Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
5336298          E-mail/Text: celonad@service1.org Aug 04 2020 20:30:37     Service 1st Federal CR UN,
                 1207 Bloom Street,   Danville, PA 17821
5336732         +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2020 20:33:55     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                    TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5336279*        +Capital One Bank Usa N,   Po Box 30281,   Salt Lake City, UT 84130-0281
5336280*        +Capital One Bank Usa N,   Po Box 30281,   Salt Lake City, UT 84130-0281
5336286*        +Geisinger,   100 North Academy Ave,   Danville, PA 17822-0001
5336294*        +Nelnet Lns,   Po Box 82561,   Lincoln, NE 68501-2561
5336302*        +Three Brothers Trucking, LLC,   137 Reagan St.,   Sunbury, PA 17801-1331
                                                                      TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Kelly M Walsh    on behalf of Debtor 1 Christopher Dean Reid, Sr. kelly@scaringilaw.com,
           dblack@scaringilaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christopher Dean Reid Sr.,

    **Debtor 1**

Chapter       13

Case No.     4:20−bk−01846−RNO

---

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **September 11, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court US Courthouse, Courtroom 3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: September 18, 2020 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** 197 S Main St, Wilkes−Barre, PA 18701 OR 228 Walnut St,Rm320,Harrisburg, PA 17101 570−831−2500/717−901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 4, 2020 |

ntcnfhrg (03/18)