UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Christopher Dean Reid    :
            DEBTOR(S)    :    CASE NO: 4:20-BK-01846
                           :
                           :    CHAPTER 13

## NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN

This Notice is provided to you pursuant to L.B.R. 2002-1(e). Please take notice that the enclosed order was entered in the above referenced case dated February 19, 2021 confirming the Debtor's 3rd Amended Chapter 13 Plan. A copy of that plan may be obtained from the docket through Public Access to Court Electronic Records (PACER) or by request from the undersigned Counsel for Debtor.

                                                    Respectfully Submitted:

Date: February 22, 2021                /s/ Kelly M. Walsh
                                                    Kelly M. Walsh, Esq.
                                                    Attorney ID# 320919
                                                    Scaringi Law
                                                     2000 Linglestown Road, Suite 106
                                                     Harrisburg, PA 17110
                                                     Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Christopher Dean Reid Sr., | Chapter 13 |
| **Debtor 1** | Case No. 4:20−bk−01846−RNO |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on December 29, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: February 19, 2021

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PatriciaRatchford, Deputy Clerk

orcnfpln(05/18)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Christopher Dean Reid :
    DEBTOR(S) : CASE NO: 4:20-BK-01846
:
: CHAPTER 13

## CERTIFICATE OF SERVICE
## OF NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN

I certify that I did on this date, pursuant to L.B.R. 2002-1(e), serve the enclosed Notice of

Confirmation of Chapter 13 Plan and Order Confirming Chapter 13 Plan addressed to all

creditors and indenture trustees on the attached mailing matrix by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.


Date: February 22, 2021            /s/ Deborah A. Black
                                                                       Deborah A. Black
                                                                       Paralegal
                                                                        Scaringi Law
                                                                        2000 Linglestown Road, Suite 106
                                                                        Harrisburg, PA 17110

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-4<br>Case 4:20-bk-01846-RNO<br>Middle District of Pennsylvania<br>Williamsport<br>Fri Feb 19 16:35:05 EST 2021 | Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Brandy Spaid-Reid<br>137 Reagan St<br>Sunbury, PA 17801-1331 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Cent Key Fcu<br>1000 Market St<br>Sunbury, PA 17801-2403 | Central Credit Audit<br>100 N Third St<br>Sunbury, PA 17801-2367 | Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193-8872 |
| ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408<br>ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | Enerbank Usa<br>1245 E Brickyard Road<br>Suite 600<br>Salt Lake City, UT 84106-2562 |
| Geisinger<br>100 North Academy Ave<br>Danville, PA 17822-0001 | Independence Bank<br>1370 South County Trail East<br>East Greenwich, RI 02818-1625 | Jim Carr<br>1550 Queen Street<br>Northumberland, PA 17857-9410 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club Corp<br>595 Market Street<br>San Francisco, CA 94105-2807 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| M & T Bank Mortgage<br>Po Box 900<br>Millsboro, DE 19966-0900 | M&T Bank<br>PO Box 1508<br>Buffalo, NY 14240-1508 | Medicredit, Inc<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Nelnet Lns<br>Po Box 82561<br>Lincoln, NE 68501-2561 | Nelnet on behalf of ASA<br>American Student Assistance<br>PO Box 16129<br>St. Paul, MN 55116-0129 |
| Northumberland Emergency Group, P.C<br>200 Corporate Blvd.<br>Lafayette, LA 70508-3870 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Onemain<br>Po Box 1010<br>Evansville, IN 47706-1010 |
| SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 | Scheer, Green, & Burke Co. L.P.A.<br>PO Box 1312<br>Toledo, OH 43603-1312 | Service 1st Federal CR UN<br>1207 Bloom Street<br>Danville, PA 17821 |

| | |
|---|---|
| Three Brothers Trucking<br>137 Reagan St<br>Sunbury, PA 17801-1331 | Three Brothers Trucking<br>135 Reagan Street<br>Sunbury, PA 17801-1331 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| M & T Bank<br>Po Box 900<br>Millsboro, DE 19966 | (d)M&T Bank<br>PO Box 840<br>Buffalo, NY 14240 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | (d)Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | (d)Geisinger<br>100 North Academy Ave<br>Danville, PA 17822-0001 |
| (d)Nelnet Lns<br>Po Box 82561<br>Lincoln, NE 68501-2561 | (d)Three Brothers Trucking, LLC<br>137 Reagan St.<br>Sunbury, PA 17801-1331 | End of Label Matrix<br>Mailable recipients    31<br>Bypassed recipients     5<br>Total                  36 |