**ATTORNEYS**

MARC A. SCARINGI
MELANIE WALZ SCARINGI
FRANK C. SLUZIS
KEITH E. KENDALL
BRIAN C. CAFFREY
KELLY M. WALSH
ROBERT M. SAKOVICH
ANTHONY E. MILEY
STEPHEN S. WERNER
T.R. WILLIAMS
JEFFREY R. SCHOTT
BRIAN G. SCOTT
JENNIFER L. RUTH
JUDITH T. WALZ (*OF COUNSEL*)



**ADMINISTRATIVE**

**FIRM ADMINISTRATOR**
DOMINIC M. FURE

**FRONT DESK MANAGER**
MARSHA A. WILLIAMS

**PARALEGALS**
AMY M. BRADY
DEBORAH A. BLACK
MARY T. RINEER
DEBORAH L. GORDON
KARA E. LEVERING
ANN M. AMENT
MICHAEL J. SCHAFFNER
CELESTE E. LEVINDOSKI

**WEBSITE**
WWW.SCARINGILAW.COM

REPLY TO:
**HARRISBURG OFFICE**
2000 Linglestown Road • Suite 106
Harrisburg, PA 17110
*717 **657-7770** • 717 657-7797 fax*

March 15, 2021

Office of the Clerk
United States Bankruptcy Court
Middle District of Pennsylvania
197 South Main Street, Room 274
Wilkes-Barre, PA 18701

RE: Change of Address
Case No. 4:20-bk-01846-RNO

Dear Bankruptcy Clerk:

The mailing address for the Creditor Service 1st Federal CR UN in the above-referenced case has changed.

The new mailing address for this Creditor is:

> Service 1st Federal CR UN
> PO Box 159
> Danville, PA 17821-9122

Kindly process in your normal fashion.

Respectfully,

Kelly M. Walsh, Esquire

| **NEWPORT OFFICE** | **CARLISLE OFFICE** | **YORK OFFICE** | **LANCASTER OFFICE** | **GETTYSBURG OFFICE** |
|---|---|---|---|---|
| 14 S. Second St. | 20 North Hanover Street | 120 Pine Grove Commons | 1366 Harrisburg Pike | 122 Baltimore St. #3 |
| Newport, PA 17074 | Carlisle, PA 17013 | York, PA 17403 | Lancaster, PA 17601 | Gettysburg, PA 17325 |
| 717 **567-0380** | 717 **657-7770** | 717 **900-4829** | 717 **947-7874** | 717 **900-4829** |
| *717 567-0379 fax* | *717 960-0074 fax* | *717 900-4482 fax* | *717 947-7897 fax* | *717 900-4482 fax* |