UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
CHRISTOPHER DEAN REID

DEBTOR(S)

CASE NO: 4:20-BK-01846

CHAPTER 13

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE PROTHONOTARY:

Please withdraw my appearance as the attorney in the above-captioned action for the Debtor(s).

Respectfully Submitted,

Date: 12/16/21

Melanie Walz Scaringi
Attorney ID# 88347

## PRAECIPE TO ENTER APPEARANCE

TO THE PROTHONOTARY:

Please enter my appearance as attorney in the above-captioned action for the Debtor(s).

Respectfully Submitted,

Date: 12/16/21

Samantha C. Wolfe
Attorney ID# 328845
Scaringi Law
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110