IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  Christopher Dean Reid, Sr.        :        Case No:  4:20-bk-01846-MJC
          Debtor                                           :
                                                           :        Chapter 13
                                                           :

## NOTICE

The Debtor, Christopher Dean Reid, Sr., by and through his attorney Samantha C. Wolfe, Esq. filed a Motion to Modify Mortgage on May 20, 2022.

If you object to the relief requested, you must file your objection/response on June 13, 2022 with the Clerk of Bankruptcy Court, 228 Walnut St., Harrisburg, PA 17101 and serve a copy on all appropriate parties.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

                                                              Respectfully Submitted:

Date:   May 23, 2022                                    /s/ Samantha C. Wolfe
                                                               Samantha C. Wolfe, Esq.
                                                                Attorney ID# 328845
                                                                Scaringi & Scaringi, P.C.
                                                                2000 Linglestown Road, Suite 106
                                                                Harrisburg, PA  17110
                                                                (717) 657-7770
                                                               Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Christopher Dean Reid, Sr. | : | |
|     Debtor | : | Case No: 4:20-bk-01846-MJC |
| | : | |
| | : | Chapter 13 |

### CERTIFICATE OF SERVICE

I certify that I did on this date serve a true and correct copy of a *Notice of Motion to Modify Mortgage* in the above-captioned matter, upon all creditors and interested parties below and on the attached mailing matrix by first class mail.

*Service was accomplished via ECF*
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

*Via USPS First Class Mail*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street
Suite 5000
Philadelphia, PA 19106

*Service was accomplished via ECF*
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: May 23, 2022

/s/ Samantha C. Wolfe
Samantha C. Wolfe, Esq.
Attorney ID# 328845
Scaringi and Scaringi, P.C.
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-4<br>Case 4:20-bk-01846-RNO<br>Middle District of Pennsylvania<br>Williamsport<br>Mon Nov  9 14:28:28 EST 2020 | Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Brandy Spaid-Reid<br>137 Reagan St<br>Sunbury, PA 17801-1331 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Cent Key Fcu<br>1000 Market St<br>Sunbury, PA 17801-2403 | Central Credit Audit<br>100 N Third St<br>Sunbury, PA 17801-2367 | Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193-8872 |
| Enerbank Usa<br>1245 E Brickyard Road<br>Suite 600<br>Salt Lake City, UT 84106-2562 | Geisinger<br>100 North Academy Ave<br>Danville, PA 17822-0001 | Independence Bank<br>1370 South County Trail East<br>East Greenwich, RI 02818-1625 |
| Jim Carr<br>1550 Queen Street<br>Northumberland, PA 17857-9410 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club Corp<br>595 Market Street<br>San Francisco, CA 94105-2807 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | M & T Bank Mortgage<br>Po Box 900<br>Millsboro, DE 19966-0900 | M&T Bank<br>PO Box 1508<br>Buffalo, NY 14240-1508 |
| Medicredit, Inc<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Nelnet Lns<br>Po Box 82561<br>Lincoln, NE 68501-2561 |
| Nelnet on behalf of ASA<br>American Student Assistance<br>PO Box 16129<br>St. Paul, MN 55116-0129 | Northumberland Emergency Group, P.C<br>200 Corporate Blvd.<br>Lafayette, LA 70508-3870 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| Onemain<br>Po Box 1010<br>Evansville, IN 47706-1010 | SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 | Scheer, Green, & Burke Co. L.P.A.<br>PO Box 1312<br>Toledo, OH 43603-1312 |
| Service 1st Federal CR UN<br>1207 Bloom Street<br>Danville, PA 17821 | Three Brothers Trucking<br>135 Reagan Street<br>Sunbury, PA 17801-1331 | Three Brothers Trucking<br>137 Reagan St<br>Sunbury, PA 17801-1331 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
M & T Bank                          (d)M&T Bank
Po Box 900                          PO Box 840
Millsboro, DE 19966                 Buffalo, NY 14240
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Capital One Bank Usa N           (d)Capital One Bank Usa N           (d)Geisinger
Po Box 30281                        Po Box 30281                        100 North Academy Ave
Salt Lake City, UT 84130-0281       Salt Lake City, UT 84130-0281       Danville, PA 17822-0001


(d)Nelnet Lns                       (d)Three Brothers Trucking, LLC     End of Label Matrix
Po Box 82561                        137 Reagan St.                      Mailable recipients   29
Lincoln, NE 68501-2561              Sunbury, PA 17801-1331              Bypassed recipients    5
                                                                        Total                 34
```