IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Christopher Dean Reid, Sr.

                        1:20-01846- MJC

Praecipe to Enter Appearance

To the Clerk:

Kindly enter my appearance on behalf of the Debtor.

1/12/2023                                                 /s/ Dawn M. Cutaia
                                                               Supreme Court ID 77965