Certificate Number: 17082-PAM-DE-039676101

Bankruptcy Case Number: 20-01846



17082-PAM-DE-039676101

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 16, 2025, at 1:16 o'clock PM MST, CHRISTOPHER D REID Sr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 19, 2025

By: /s/Boglarka Brown

Name: Boglarka Brown

Title: Certified Credit Counselor