**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:  Christopher Dean Reid, Sr

                          Case No.: 4-20-01846 MJC

                          Chapter 13

     **Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | M&T |
| Court Claim Number: | 13 |
| Last Four of Loan Number: | 1426 |
| Property Address if applicable: | 135 ½ Reagan St |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,980.26 |
| b. | Prepetition arrearages paid by the trustee: | $1,980.26 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $5,256.18 |
| f. | Postpetition arrearage paid by the trustee: | $5,256.18 |
| g. | Total b, d, and f: | $7,236.44 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve o01945n the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: May 22, 2025

                                          Respectfully submitted,

                                          /s/ Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          Fax:  (717) 566-8313
                                          email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Christopher Dean Reid, Sr

                Case No.: 4-20-01846 MJC

                Chapter 13

    **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 22, 2025 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market St
York PA 17404

**Served by First Class Mail**
M&T Bank
PO Box 1288
Buffalo NY 14240-01288

Christopher Dean Reid, Sr
1240 East 6th St
Bethlehem  PA 18015

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 22, 2025          /s/  Liz Joyce
                Office of the Standing Chapter 13 Trustee
                Jack N. Zaharopoulos
                Suite A, 8125 Adams Dr.
                Hummelstown, PA  17036
                Phone:  (717) 566-6097
                email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-01846    **CHRISTOPHER DEAN REID, SR.**

**M & T BANK**
P.O. BOX 1288

BUFFALO, NY 14240-

Acct No: 1426/POST ARREARS/135 1/2

AMENDED CLAIM FILED 8/8/22 LOAN MOD

Sequence: 24
Modify:
Filed Date: 7/17/2020 12:00:00AM
Hold Code: P

|  |  | Debt: | $5,256.18 | Interest Paid: | $0.00 |
| --- | --- | --- | --- | --- | --- |
| Amt Sched: | $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $5,256.18 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **5210** | **M & T BANK** | | | | | | | |
| 521-0 | M & T BANK | | 06/16/2021 | 9011215 | $1,679.37 | $0.00 | $1,679.37 | 06/16/2021 |
| 521-0 | M & T BANK | | 05/18/2021 | 9010941 | $670.48 | $0.00 | $670.48 | 05/19/2021 |
| 521-0 | M & T BANK | | 04/15/2021 | 9010658 | $649.08 | $0.00 | $649.08 | 05/13/2021 |
| 521-0 | M & T BANK | | 03/17/2021 | 9010370 | $2,257.25 | $0.00 | $2,257.25 | 03/17/2021 |
| | | | | Sub-totals: | $5,256.18 | $0.00 | $5,256.18 | |
| | | | | Grand Total: | $5,256.18 | $0.00 | | |

# Disbursements for Claim

**Case:** 20-01846    **CHRISTOPHER DEAN REID, SR.**

**M & T BANK**
P.O. BOX 1288

BUFFALO, NY  14240-

Acct No: 1426/PRE ARREARS/135 1/2

AMENDED CLAIM FILED 8/8/22- LOAN MOD

Sequence: 24
Modify:
Filed Date: 7/17/2020 12:00:00AM
Hold Code: P

| | | Debt: | $1,980.26 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $62,508.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $1,980.26 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **M & T BANK** | | | | | | | |
| 520-0 | M & T BANK | | 06/16/2021 | 9011215 | $632.70 | $0.00 | $632.70 | 06/16/2021 |
| 520-0 | M & T BANK | | 05/18/2021 | 9010941 | $252.60 | $0.00 | $252.60 | 05/19/2021 |
| 520-0 | M & T BANK | | 04/15/2021 | 9010658 | $244.54 | $0.00 | $244.54 | 05/13/2021 |
| 520-0 | M & T BANK | | 03/17/2021 | 9010370 | $850.42 | $0.00 | $850.42 | 03/17/2021 |
| | | | | Sub-totals: | $1,980.26 | $0.00 | $1,980.26 | |
| | | | | Grand Total: | $1,980.26 | $0.00 | | |