| Fill in this information to identify the case: |
|---|
| Debtor 1  Christopher Dean Reid |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: <u>Middle</u> District of <u>PA</u> |
| Case number  <u>20-01846 MJC</u> |

## Form 4100R

## Response to Notice of Final Cure Payment            10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:**   M&T BANK                    **Court claim no.** (if known):   13

**Last 4 digits** of any number you use to identify the debtor's account:   1426
**Property address:**
   135 1/2 Reagan Street
   Sunbury, PA 17801

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:    06 / 01 / 2025

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:
   a.   Total postpetition ongoing payments due:                                    (a)     $ _____
   b.   Total fees, charges, expenses, escrow, and costs outstanding:           + (b)     $ _____
   c.   **Total.** Add lines a and b.                                                 (c)     $ _____

   Creditor asserts that the debtor(s) are contractually obligated for
   the postpetition payment(s) that first became due on:

Document ID: c55b80dcbece1f8c3c799ed060c2f9f7c64ed7d1b519527307c3fb7092a5d0a0
Case 4:20-bk-01846-MJC    Doc 74    Filed 05/30/25    Entered 05/30/25 14:51:44    Desc
Main Document    Page 1 of 3

| Debtor(s) | Christopher Dean Reid | | | Case Number *(if known)*: 20-01846 MJC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Matthew Fissel*
Matthew Fissel
30 May 2025, 12:23:44, EDT

Date    05/30/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R    Response to Notice of Final Cure Payment    page 2

Document ID: c55b80dcbece1f8c3c799ed060c2f9f7c64ed7d1b519527307c3fbf092a5d0a0
Case 4:20-bk-01846-MJC    Doc 74    Filed 05/30/25    Entered 05/30/25 14:51:44    Desc
Main Document    Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Dean Reid Sr.<br>　　　　　　　　　　　**Debtor(s)** | BK NO. 20-01846 MJC |
| **M&T BANK**<br>　　　　　　　　　　　**Movant**<br>　　　vs.<br>**Christopher Dean Reid Sr.**<br>　　　　　　　　　　　**Debtor(s)**<br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　　　**Trustee** | Chapter 13<br><br>Related to Claim No. 13 |

## CERTIFICATE OF SERVICE
## RESPOSNE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 30, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Christopher Dean Reid Sr.
137 Reagan Street
Sunbury, PA 17801

Attorney for Debtor(s) (via ECF)
Dawn Cutaia
Samantha C. Wolfe
Scaringi Law
2000 Linglestown Road, Ste 106
Harrisburg, PA 17110

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: <u>May 30, 2025</u>

　　　　　　　　　　　　　　　　　　　　**/s/ Matthew Fissel**
　　　　　　　　　　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 314567
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　mfissel@kmllawgroup.com